JAMES O'DEA, Appellant, *v.* MARY. O'DEA, Respondent.

(Submitted March 11, 1884; decided March 21, 1884.)

*George J. Greenfield* for appellant.

*De L' Crittenden* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

JOHN S. PROUTY, Respondent, *v.* THE LAKE SHORE & MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

(Argued March 18, 1884; decided April 15, 1884.)

THIS case presented the same questions and was decided on authority of *O'Brien* v. *Young* (*ante*, p. 428).

*Edward S. Rapallo* for appellant.

*Lucien Birdseye* for respondent.

DANFORTH, J., reads mem. for reversal of orders of Special and General Terms and for granting of motion on authority of *O'Brien* v. *Young*.
All concur, except RAPALLO and ANDREWS, JJ., not sitting.
Ordered accordingly.